**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7487**

---

JAMES G. WALLACE,

Plaintiff - Appellant,

and

JANICE WALLACE,

Plaintiff,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTION;
SERGEANT FERGUSON; JAY J. CLARK; MRS. CLARK;
BOB LEWIS; RUBBY BRANDON; J. R. HUNT; BRIAN
WALTERS; MR. LAMB; T. WATTS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-96-494-5-H)

---

Submitted: February 13, 1997    Decided: February 27, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James G. Wallace, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Wallace v. North Carolina Dep't of Corr., No. CA-96-494-5-H (E.D.N.C. Aug. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED